350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com

Coughlin Duffy LLP

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-485-0105
fax: 212-480-3899

ADAM M. SMITH, ESQ.
DIRECT DIAL: (212) 612-4995
E-MAIL: ASMITH@COUGHLINDUFFY.COM

PATRICK A. FLORENTINO ESQ.
DIRECT DIAL: (973) 631-5742
E-MAIL: PFLORENTINO@COUGHLINDUFFY.COM

July 10, 2020

**VIA ECF FILING**
William T. Walsh, Clerk
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**RE: *Travelers Casualty and Surety Company of America v. Dilip Patel & Company LLP, et al.***
**Civil Action No.: 2:19-cv-19777**
**CD File No. T6248-00003**

Dear Mr. Walsh:

This office represents Travelers Casualty and Surety Company of America ("Travelers") in connection with the above-referenced matter. On June 30, 2020, with permission of the Court, Travelers filed an Amended Complaint to add additional parties. Travelers' writes this letter to request that the Clerk issue a Summons for the newly added parties listed below:

- Rachit Drugs, Inc.
- The Bottle Depot, LLC
- Bloomfield Quality Auto
- Shyam, Inc.
- QAC System, Inc.
- Quality Mufflerplus, Inc.
- QAC Auto, Inc.
- Quality Auto Center
- Union Brakes Plus
- Ashford Hospitality, LLC
- Berkshire Hospitality, LLC
- Bristol Hospitality, LLC
- Cambridge Hospitality, LLC

Coughlin Duffy LLP



- Chase Hospitality, LLC
- Chase Hotel Group, LLC
- Dorset Hospitality, LLC
- Hampshire Hospitality, LLC
- L.M. Natco, Inc.
- MIA East LLC of New Jersey
- Natco Construction, LLC
- Newport Hospitality, LLC
- Northwood Hospitality, LLC
- Oakfield Hospitality, LLC
- Oxford Hospitality, LLC
- Wilshire Hospitality, LLC
- Windsor Hospitality, LLC
- Yorkshire Hospitality, LLC

Should you have any questions or need any additional information, please do not hesitate to contact the undersigned.

Very truly yours,

**COUGHLIN DUFFY LLP**

/s/ *Patrick A. Florentino*

Adam M. Smith
Patrick A. Florentino

CC: Thomas S. Novak, Esq.
SILLS CUMMIS & GROSS, P.C.
*Attorneys for Defendants*
*Dilip Patel & Company, LLP, Dilip Patel and Jayesh Patel*

Edward David, Esq.
EDWARD DAVID & ASSOCIATES, LLC
*Attorneys for Defendant*
*Samir Patel*